UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | Case No. 2:12-cr-00004-APG-GWF |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| DEFENDANT 1, et al., | ) ) | |
| Defendants. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | Case No. 2:12-cr-00083-APG-GWF |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| OMAR BUTT, et al., | ) ) | |
| Defendants. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | Case No. 2:12-cr-00084-APG-GWF |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| THOMAS LAMB, et al., | ) ) | **ORDER** |
| Defendants. | ) ) | |

**IT IS HEREBY ORDERED** that the following Defendants detained in the Southern Nevada Detention Center may have access to computers not connected to the internet which allow for defense counsel to provide an external hard drive(s) allowing Defendants to review discovery:

    David Ray Camez (2:12-cr-00004)

    Makyl Haggerty (2:12-cr-00004)

1. Cameron Harrison (2:12-cr-00004)
2. Alexander Kostikov (2:12-cr-00004)
3. Qasir Mukhtar (2:12-cr-00004)
4. Jason Maclaskey (2:12-cr-00083)
5. Jonathan Vergnetti (2:12-cr-00084)

**IT IS FURTHER ORDERED** that the listed inmates are not to take notes during their viewing of the discovery or print any of the material.

DATED this 4th day of June, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge