# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>DAVID RAY CAMEZ,<br>　　　　　　　Defendant. | 2:12-CR-0004-APG-GWF<br><br>**ORDER OF DISMISSAL AS TO COUNT SEVEN OF THE INDICTMENT** |

　　　Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the charges brought against defendant DAVID RAY CAMEZ contained in Count Seven of the Indictment in case number 2:12-CR-004-APG-GWF, which relates to the allegation that defendant Camez trafficked in, and produced, and did cause others to traffic in and produce, on or about May 28, 2009, a counterfeit Nevada driver's lisence bearing the name of J. Henry, in violation of Title 18, United States Code, Section 1028(a)(1), (b)(1)(A)(ii), and (c)(3), and Title 18, United States Code Section 2.

Respectfully submitted,

**FILED**
NOV 1 3 2013
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

DANIEL G. BOGDEN
United States Attorney

/s/ Kimberly M. Frayn
KIMBERLY M. FRAYN
ANDREW W. DUNCAN
Assistant United States Attorneys
JONATHAN A. OPHARDT,
Trial Attorney
Department of Justice
Organized Crime and Gang Section

Leave of Court is granted for the filing of the foregoing dismissal of Count Seven without prejudice.

DATED this _12_ day of November 2013.

_____
UNITED STATES DISTRICT JUDGE