1 DANIEL G. BOGDEN
United States Attorney
2 KIMBERLY FRAYN
ANDREW DUNCAN
3 Assistant United States Attorneys
JONATHAN OPHARDT
4 Trial Attorney
333 Las Vegas Blvd. South, Suite 5000
5 Las Vegas, Nevada   89101
(702) 388-6336 (Telephone)
6 (702) 388-6418 (Fax)

7

8                          UNITED STATES DISTRICT COURT

9                              DISTRICT OF NEVADA

10

11

12 UNITED STATES OF AMERICA,

                        Plaintiff,                 Case No. 2:12-cr-00004-APG-GWF
13

14       v.                                        ORDER TO RELEASE ORIGINAL EXHIBITS
                                                   TO GOVERNMENT FOR PURPOSES OF
15 DAVID CAMEZ,                                    TRIAL

16                      Defendant.

17

18

19          This matter comes before the Court on the Government's motion to release original

20 exhibits to the Government for purposes of trial.  On December 6, 2013, defendant Camez was

21 convicted of Participating in a Racketeer Influenced Corrupt Organization in violation of Title 18,

22 United States Code, Section 1962(c) and Conspiracy to Engage in a Racketeer Influenced Corrupt

23 Organization in violation of Title 18, United States Code, Section 1962(d).  On December 6, 2013,

24 the jury returned a verdict of guilty.  Defendant Camez has not yet been sentenced by the Court.

25

26

On April 28, 2014, codefendant Frederick Thomas is set to stand trial on the same charges. The Government has requested that original and physical exhibits be returned so that they may be used in that trial.  Defendant Camez does not object to this request.

## ORDER

**IT IS THEREFORE ORDERED** that all original and physical exhibits from the trial of United States v. Camez, 2:12-CR-0004-APG-(GWF), be released to the Government for purposes of trial in United States v. Thomas, 2:12-CR-0004-APG-(GWF).  At the conclusion of proceedings in United States v. Thomas, the exhibits shall be returned to the Clerk of Court.

**IT IS SO ORDERED** this ___15th___ day of April, 2014.

_____
HON. ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2