# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:12-cr-00004-APG-GWF |
| vs. | **ORDER** |
| DAVID CAMEZ, | |
| Defendant. | |

This matter is before the Court on the Government's Motion to Release Original Exhibits to the Government for Purposes of Trial (ECF No. 1504), filed on December 22, 2017. Upon review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Government's Motion to Release Original Exhibits to the Government for Purposes of Trial (ECF No. 1504) is **granted**.

**IT IS FURTHER ORDERED** that all original and physical exhibits from the trial of United States v. Camez, 2:12-cr-00004-APG-GWF, be released to the Government for purposes of trial in United States v. Georgievski, 2:12-cr-00004-APG-GWF. At the conclusion of the proceedings in United States v. Georgievski, the exhibits shall be returned to the Clerk of Court.

DATED this 27th day of December, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge