# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>DAVID CAMEZ,<br><br>       Defendant. | Case No. 2:12-cr-004-APG-EJY<br><br>**ORDER FOR GOVERNMENT TO RESPOND TO PENDING MOTION**<br><br>(ECF No. 1650) |

  Defendant David Camez filed a motion to vacate, set aside, or correct his sentence. ECF No. 1650. The Government is hereby ordered to file a response to that motion, if it has any, by March 23, 2020.

  Dated: March 2, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE